810

No. 163. LAWLOR ET AL., TRADING AS INDEPENDENT POSTER EXCHANGE, v. NATIONAL SCREEN SERVICE CORP. ET AL. C. A. 3d Cir. Certiorari granted. *Francis Anderson* for petitioners. *Louis Nizer* for the National Screen Service Corporation, *Wm. A. Schnader* and *Earl G. Harrison* for Columbia Pictures Corporation, and *Louis J. Goffman* for Warner Bros. Pictures Distributing Corporation, respondents.

No. 203. LEWIS v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Walter E. Gallagher* and *Myron G. Ehrlich* for petitioner. Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg and Carl H. Imlay for the United States.

No. 213. INDIAN TOWING Co., INC. ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari granted. *Cicero C. Sessions* for petitioners. Solicitor General Sobeloff, Assistant Attorney General Barnes and Paul A. Sweeney for the United States.

No. 261. GRANVILLE-SMITH v. GRANVILLE-SMITH. C. A. 3d Cir. Certiorari granted. *Abe Fortas, George H. T. Dudley* and *Milton V. Freeman* for petitioner. *Warren H. Young* for respondent.

No. 263. UNITED STATES ET AL. v. CALIFORNIA EASTERN LINE, INC. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. Solicitor General Sobeloff for the United States and the Secretary of Commerce, petitioners. *Cletus Keating,*